**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF WASHINGTON**

SHIRLEY GEE O/B/O S.G.,
    a minor child,

        Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

NO.  CV-08-3022-JPH

**JUDGMENT IN A CIVIL CASE**

**DECISION BY THE COURT:**

This action came to hearing before the court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED IN PART**. The matter is **REMANDED** for additional proceedings pursuant to sentence four of 42 USC § 405(g), and Judgment is entered for Plaintiff.

DATED this 18th day of February, 2009.

                JAMES R. LARSEN
                District Court Executive/Clerk


        by:  s/Pamela A. Howard
              Deputy Clerk

cc: all counsel